IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ASBESTOS PRODUCTS | : | |
| LIABILITY LITIGATION (No. VI) | : | Civil Action No: |
| | : | MDL 875 |
| This Document Relates to those cases | : | |
| listed on Exhibit A | : | |

## ORDER

AND NOW, this 13th day of December, 2011, it is hereby **ORDERED** that the December

9, 2011 Order (e.g. 01-MD-875 Doc. No. 8306) and accompanying memorandum dated

December 13, 2011 (e.g. 01-MD-875 Doc. No.8313) are amended to apply to the cases listed in

Exhibit "A," attached.

BY THE COURT:

  /s/ David R. Strawbridge USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE