UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | ) ) | MDL DOCKET NO.: MDL 875<br>Transfer State: Wisconsin |

| | | |
|---|---|---|
| LAVERNE HASS and CAROL HASS,<br><br>Plaintiffs,<br><br>vs.<br><br>AC&S, INC., *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:09-cv-60267 |

FILED
OCT 10 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

Pursuant to the foregoing stipulation, it is hereby **ORDERED** that Defendants Bayer CropScience, Inc., incorrectly named as "Amchen Products Inc.," and Union Carbide Corporation, incorrectly named as "Union Carbide Chemical and Plastics Co., Inc.," are dismissed from this action with prejudice and without further costs to the parties.

Dated: 10/9/12

By the Court:

_____
Hon. Eduardo C. Robreno