IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| Carol T. Hass, as Special Administrator of the Estate of Laverne A. Hass, Deceased, Plaintiff, v. A.C And S Inc., *et al.*, Defendants. | PA-ED No. 09-CV-60267 *Trans from WI-W Case No.* 00-cv-00175 FILED JUL 25 2014 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

**Order**

This matter coming to be heard on the plaintiff's Motion to Dismiss General Electric Company and CBS Corporation from Action Pursuant to Federal Rule of Civil Procedure 41(a)(2), the motion is GRANTED, and **IT IS HEREBY ORDERED** that defendants General Electric Company and CBS Corporation are dismissed from this action without prejudice and without costs.[1] This dismissal affects only the defendants mentioned and affects no other defendants in this case. (ECF No. 214)

Date: 7/25/14

_____
Honorable Eduardo C. Robreno

---

[1] The motion was unopposed.