# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No.  MDL 875 |
| *Hass v. A. C. & S. Inc., et al.,* | E.D. PA Case No. 09-CV-60267<br><br>*Trans. from WIW Case No. 02-0178* |

**Plaintiff's Status Report Regarding the Rule to Show Cause**
_____

Pursuant to this court's order entered August 20, 2014, plaintiff submits the following status report:

1. There is no outstanding motion practice in this case. The case should be **remanded back to the local court**.

2. The remaining viable defendant in this case is:

    • Albany International Corporation'

    • Mount Vernon Mills Inc.

Dated: August 26, 2014

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: mcascino@cvlo.com
Email: ecf.cvlo@gmail.com

**Certificate of Service**

I hereby certify that on August 26, 2014, I caused the forgoing to be electronically filed with the United States District Court for the Eastern District of Pennsylvania using the CM/ECF system which will automatically send all necessary notifications of this filing to CM/ECF participants in this case.

Dated: August 26, 2014

/S/ Michael P. Cascino
Attorneys for Plaintiffs

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
Phone: (312) 944-0600
Email: mcascino@cvlo.com
Email: ecf.cvlo@gmail.com